

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-19-00556-CR, 04-19-00557-CR, 04-19-00558-CR, 04-19-00559-CR
& 04-19-00560-CR

Sean Carlton **LACEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR13328, 2018CR13305, 2018CR12079, 2018CR12614
& 2018CR12615
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED October 2, 2019.

_____
Sandee Bryan Marion, Chief Justice